Howard L. Magee (State Bar No. 185199)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Edward W. Choi, Esq. SBN 211334
**LAW OFFICES OF CHOI & ASSOCIATES,** APC
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885

Attorneys for Plaintiff TIFFANY MIRANDER
(Additional counsel on next page)

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY MIRANDER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LA 1000 SANTA FE, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-09999-RSWL-PVCx<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |

The Joint Stipulation for Dismissal with Prejudice is approved. The entire action, including all claims stated herein against LA 1000 SANTA FE, LLC is hereby dismissed with prejudice. Each party to bear their own attorney's fees and costs.

Dated: July 7, 2022                    */S/ RONALD S.W. LEW*
                                                    Honorable Ronald S.W. Lew